DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KEVIN DENNARD CLETHEN, JR.,

Appellant,

v.

ARWILDA DENISE LOVE,

Appellee.

No. 2D2025-1402

_____

June 19, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; Lindsay Alvarez, Judge.

Kevin Dennard Clethen, Jr., pro se.

No appearance by Appellee.

PER CURIAM.

Affirmed.

KELLY, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.